IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Cincinnati Insurance Company,

    Plaintiff

v.                                                        1:07cv1133 (JCC/TCB)

American Glass Industries, Inc., et al.

    Defendants.

## ORDER

Upon consideration of Defendants Auto Glass Outlet, Inc.'s., Nasser Lahijan's and Mahvash Zulfaghari's Motion to Stay Action Pending Disposition of Bankruptcy Proceeding, the opposition filed by Cincinnati Insurance Company, the evidence and arguments presented before this Court, and all pertinent papers, is it accordingly ORDERED:

1) That the Second Motion to Stay Action Pending Disposition of Bankruptcy Proceeding [19] is GRANTED.

2) That this action be Stayed pending disposition of American Glass Industries, Inc.'s Chapter 11 bankruptcy pending before the U.S. Bankruptcy Court for the Eastern District of Virginia.

3) That this case be stricken from the active roll of cases.

4) That this matter is continued for a Status Conference on Friday, March 7, 2008, at 10:00 a.m.

5) The Clerk shall forward copies of this Order to all counsel of record.

Alexandria, VA
December 3, 2007

                                                        /s/
                                             **James C. Cacheris**
                                             **United States District Judge**