```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division

CINCINNATI INSURANCE CO.      )
                              )
     Plaintiff,               )
                              )
         v.                   )   1:07cv1133 (JCC/TCB)
                              )
AMERICAN GLASS                )
INDUSTRIES, INC., et al.,     )
                              )
     Defendants.              )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiffs' Motion to Vacate Order Granting the Defendants' Second Motion to Stay Action Pending Disposition of Bankruptcy Proceeding GRANTED;

(2) the stay granted by this Court on December 3, 2007 [20] shall be LIFTED;

(3) the Clerk of the Court shall add this case to the active roll of cases;

(4) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

May 16, 2008                              /s/
Alexandria, Virginia              James C. Cacheris
                          UNITED STATES DISTRICT COURT JUDGE